UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00083 |
| | ) | JUDGE CAMPBELL |
| SANCHEZ LEWAN BRADFORD | ) | |

ORDER

The Court is in receipt of a letter from the Defendant (Docket No. 103). The Clerk is directed to send the Defendant a packet of forms to file a Section 2255 Petition.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE