UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00083 |
| | ) | JUDGE CAMPBELL |
| SANCHEZ LEWAN BRADFORD | ) | |

ORDER

Pending before the Court is the Defendant's Motion For A 28 Day Extension (Docket No. 111). Through the Motion, the Defendant requests an extension of time, until March 25, 2015, in which to file a supplemental brief in support of his request for a sentence reduction. The Motion is GRANTED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE